Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation,* MDL 2873[1]

|  | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Aldrich, Robert | 10/3/1953 | MO | The US District Court for the Western District of Missouri | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 2. | Alexander, Tremaine | 6/21/1977 | TX | The US District Court for the Northern District of Texas | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 3. | Anderson, Gary Raymond | 9/14/1956 | WA | The US District Court for the Eastern District of Washington | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 4. | Arnold, Melvin | 3/12/1960 | TX | The US District Court for the Northern District of Texas | Yes |  | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 5. | Baird, David Lloyd | 3/15/1955 | AR | The US District Court for the Western District of Arkansas | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 6. | Baker, David | 3/14/1968 | IN | The US District Court for the Northern District of Indiana | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 7. | Baker, Robert Warren | 1/30/1946 | OR | The US District Court for the District of Oregon | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 8. | Baldwin, James Edward | 9/30/1948 | MI | The US District Court for the Eastern District of Michigan | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 9. | Barber, Roland Robert | 10/7/1984 | VT | The US District Court for the District of Vermont | Yes |  | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 10. | Barden, Laura Elizabeth | 10/5/1980 | AR | The US District Court for the Eastern District of Arkansas | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 11. | Barnett, Angelique P | 10/12/1973 | KS | The US District Court for the District of Kansas | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 12. | Batts, LaTonia Heath | 8/25/1968 | NC | The US District Court for the Eastern District of North Carolina | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 13. | Bean, Richard | 6/30/1967 | WV | The US District Court for the Northern District of West Virginia | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 14. | Beaton, Donald Frederick | 1/6/1975 | CA | The US District Court for the Eastern District of California | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 15. | Beckham, Robert Michael | 11/28/1974 | TX | The US District Court for the Southern District of Texas | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 16. | Bellor, Wesley Grant | 4/6/1970 | MI | The US District Court for the Eastern District of Michigan | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 17. | Benezue, Edward, Jr. | 10/15/1946 | MS | The US District Court for the Southern District of Mississippi | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 18. | Bennett, Billy Lee | 10/30/1954 | NE | The US District Court for the District of Nebraska | Yes |  | Yes | Thyroid Disease; Ulcerative Colitis; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 19. | Berdahl, Ronald Venom | 3/15/1949 | FL | The US District Court for the Middle District of Florida | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 20. | Berg, Paul | 6/13/1954 | AK | The US District Court for the District of Alaska | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 21. | Beverly, Mark Anthony | 12/13/1966 | TX | The US District Court for the Southern District of Texas | Yes |  | Yes | Thyroid Disease; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| # | Name | DOB | State | Court | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 22. | Bhardwaj, Rajiv | 6/11/1969 | FL | The US District Court for the Southern District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 23. | Biddle, Howard | 9/25/1956 | MD | The US District Court for the District of Maryland | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 24. | Bingham, Alan | 6/19/1958 | CA | The US District Court for the Central District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 25. | Blackwell, Bobby | 9/1/1965 | NM | The US District Court for the District of New Mexico | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 26. | Bloomfield, Peter James | 6/1/1959 | NC | The US District Court for the Eastern District of North Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 27. | Bolenbarker, Lucie Marie | 10/29/1964 | TN | The US District Court for the Middle District of Tennessee | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 28. | Boling, Blaine | 11/9/1980 | CA | The US District Court for the Central District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 29. | Bostater, William | 5/30/1958 | AR | The US District Court for the Western District of Arkansas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 30. | Bradford, Myca DeJuan, Sr. | 5/11/1973 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 31. | Briscoe, Brandon Heath | 4/1/1969 | OK | The US District Court for the Western District of Oklahoma | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 32. | Britt, Michael | 2/14/1981 | NC | The US District Court for the Eastern District of North Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 33. | Brubaker, Aaron Dale | 9/15/1984 | MD | The US District Court for the District of Maryland | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 34. | Bryan, Jessica | 3/1/1985 | IN | The US District Court for the Southern District of Indiana | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 35. | Bryant, Jeffrey Scott | 5/12/1965 | OH | The US District Court for the Southern District of Ohio | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 36. | Bryant, Randall William | 11/6/1958 | GA | The US District Court for the Southern District of Georgia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 37. | Bryant, Wilbert Lee | 9/6/1961 | GA | The US District Court for the Northern District of Georgia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 38. | Buchman, Hans-Peter | 2/1/1955 | TX | The US District Court for the Eastern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 39. | Bunch, Billy Richard | 8/27/1973 | KY | The US District Court for the Western District of Kentucky | Yes | Yes | Yes | Thyroid Disease; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 40. | Burditt, John | 7/31/1969 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 41. | Burgess, Jesse Ray | 11/7/1983 | OR | The US District Court for the District of Oregon | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 42. | Burgett, Sabrina | 5/23/1974 | OR | The US District Court for the District of Oregon | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 43. | Burrier, Mark | 4/23/1962 | IN | The US District Court for the Southern District of Indiana | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 44. | Byrd, Riann Danielle | 10/2/1998 | SD | The US District Court for the District of South Dakota | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 45. | Calkins, James Edward, Sr. | 1/1/1948 | NV | The US District Court for the District of Nevada | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 46. | Callahan, Richard Warren | 12/3/1944 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 47. | Carter, Charlene Ferrell | 2/26/1959 | GA | The US District Court for the Northern District of Georgia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 48. | Chadwick, Dennis | 10/18/1951 | PA | The US District Court for the Middle District of Pennsylvania | Yes | | Yes | Testicular Cancer; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| # | Name | DOB | State | Court | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 49. | Cissell, Mark, Sr. | 10/2/1974 | IN | The US District Court for the Southern District of Indiana | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 50. | Clem, Steven | 10/25/1963 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 51. | Coble, Clifford William | 10/12/1964 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 52. | Coffee, Kesh | 8/12/1980 | GA | The US District Court for the Northern District of Georgia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 53. | Cokley, Larry Jerome | 7/26/1953 | CA | The US District Court for the Northern District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 54. | Colvin, Daniel Henry | 2/19/1966 | MI | The US District Court for the Western District of Michigan | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 55. | Conde, Fernando T | 8/8/1958 | MD | The US District Court for the District of Maryland | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 56. | Conrad, Alvin | 12/23/1958 | FL | The US District Court for the Northern District of Florida | Yes | Yes | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 57. | Cook, Henry Bernard | 9/29/1967 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Thyroid Disease; Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 58. | Copley, Randal | 9/6/1950 | WA | The US District Court for the Western District of Washington | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 59. | Corey, Louie Frank | 11/7/1958 | KY | The US District Court for the Western District of Kentucky | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 60. | Credo, Jeffrey | 12/20/1980 | WA | The US District Court for the Western District of Washington | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 61. | Crocker, Tanya Marie | 12/7/1959 | WA | The US District Court for the Western District of Washington | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 62. | Cromer, Valerie Heather | 9/11/1975 | TX | The US District Court for the Western District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 63. | Crow, Louis Stanford, Jr. | 11/13/1958 | PA | The US District Court for the Western District of Pennsylvania | Yes | | Yes | Thyroid Disease; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 64. | Cruz, Lauro Illescas | 5/3/1952 | CA | The US District Court for the Southern District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 65. | Cummings, Stephen | 11/5/1952 | GA | The US District Court for the Southern District of Georgia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 66. | Custer, Dwaine Allen | 5/10/1963 | CA | The US District Court for the Central District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 67. | Daiello, David | 2/24/1964 | PA | The US District Court for the Eastern District of Pennsylvania | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 68. | Davis, Ricardo | 1/30/1979 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 69. | De La Cruz, Adam | 7/22/1949 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 70. | Deck, Patricia | 12/31/1964 | PA | The US District Court for the Eastern District of Pennsylvania | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 71. | Decoteau, Sarah Elizabeth | 11/20/1979 | MA | The US District Court for the District of Massachusetts | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 72. | Deffenbaugh, Louis | 11/24/1946 | NM | The US District Court for the District of New Mexico | Yes | | Yes | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 73. | Delgado, Cruz | 8/2/1970 | AZ | The US District Court for the District of Arizona | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 74. | Delker, Kenneth | 7/5/1958 | CA | The US District Court for the Southern District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 75. | Dennis, John Joseph, Sr. | 8/21/1955 | TX | The US District Court for the Eastern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| # | Name | DOB | State | Court | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 76. | Dennis, Leroy Pittman | 8/11/1974 | MI | The US District Court for the Eastern District of Michigan | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 77. | Denny, John | 3/8/1959 | NV | The US District Court for the District of Nevada | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 78. | Deville, James Alan | 2/27/1960 | MO | The US District Court for the Western District of Missouri | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 79. | Diaz, Christobal Robert | 9/15/1970 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Kidney Cancer; Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 80. | DiFrancesco, Lawrence | 4/4/1948 | CO | The US District Court for the District of Colorado | Yes | | Yes | Thyroid Disease; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 81. | Dobbs, Kenneth Russell | 7/5/1956 | CA | The US District Court for the Central District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 82. | Dracopoulos, James John | 1/5/1956 | TX | The US District Court for the Western District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 83. | Drury, Brian Kelly | 5/14/1971 | CA | The US District Court for the Eastern District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 84. | Duff, Kim Fredrick | 1/31/1983 | CO | The US District Court for the District of Colorado | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 85. | Dummer, Jason Patrick | 7/7/1978 | CO | The US District Court for the District of Colorado | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 86. | Dunn, Robin | 1/22/1953 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 87. | Dyal, David Delonigan | 8/14/1965 | SC | The US District Court for the District of South Carolina | Yes | | Yes | Thyroid Disease; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 88. | Dyczok, Michael | 12/7/1945 | WA | The US District Court for the Eastern District of Washington | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 89. | Erickson, Avery | 12/7/1969 | ID | The US District Court for the District of Idaho | Yes | | Yes | Thyroid Disease; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 90. | Esparza, Lazaro | 8/17/1968 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 91. | Feaster, Arnold | 11/4/1964 | MD | The US District Court for the District of Maryland | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 92. | Flagg, Forrest F. | 2/13/1970 | ME | The US District Court for the District of Maine | Yes | | Yes | Thyroid Disease; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 93. | Fleeup, Madison | 11/4/1994 | TX | The US District Court for the Western District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 94. | Floreani, Steven | 3/25/1958 | OK | The US District Court for the Western District of Oklahoma | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 95. | Fox, Matthew | 4/21/1963 | CO | The US District Court for the District of Colorado | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 96. | Franti, Jerry Dean | 5/27/1967 | MI | The US District Court for the Western District of Michigan | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 97. | French, Opal Victoria | 7/8/1966 | SC | The US District Court for the District of South Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 98. | Fuller, David Lawson | 11/6/1957 | NJ | The US District Court for the District of New Jersey | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 99. | Funk, Albert | 12/22/1955 | TX | The US District Court for the Western District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 100. | Galton, Ernest, Jr. | 1/25/1954 | HI | The US District Court for the District of Hawaii | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 101. | Garlington, Jason Edward | 6/23/1975 | NV | The US District Court for the District of Nevada | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 102. | Gawor, Gary William | 9/15/1952 | AL | The US District Court for the Middle District of Alabama | Yes | | Yes | Kidney Cancer; Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| # | Name | DOB | State | Court | Q1 | Q2 | Condition | Counts |
|---|---|---|---|---|---|---|---|---|
| 103. | Gearheart, Robert Allen | 7/31/1958 | OH | The US District Court for the Southern District of Ohio | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 104. | Gee, Cavin | 2/25/1964 | OK | The US District Court for the Western District of Oklahoma | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 105. | Gendron, Edward Robert | 8/2/1965 | MA | The US District Court for the District of Massachusetts | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 106. | George, Douglas Leo | 2/27/1960 | AZ | The US District Court for the District of Arizona | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 107. | George, Richard | 8/19/1947 | CA | The US District Court for the Central District of California | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 108. | Geyer, Richard Clarence, IV | 4/30/1979 | OH | The US District Court for the Southern District of Ohio | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 109. | Gianocaro, Anthony Sal | 1/1/1973 | CA | The US District Court for the Northern District of California | Yes | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 110. | Gill, Robert Michael | 1/26/1951 | KY | The US District Court for the Western District of Kentucky | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 111. | Glaeser, James David | 8/28/1965 | VA | The US District Court for the Eastern District of Virginia | Yes | Yes | Thyroid Disease; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 112. | Gleeson, Richard H | 12/12/1943 | PA | The US District Court for the Eastern District of Pennsylvania | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 113. | Goffredo, Louis | 11/15/1959 | VA | The US District Court for the Eastern District of Virginia | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 114. | Gokey, Raquel | 5/7/1970 | NC | The US District Court for the Eastern District of North Carolina | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 115. | Gonzalez, Thomas, Sr. | 11/21/1966 | TX | The US District Court for the Southern District of Texas | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 116. | Gray, Brian | 10/6/1970 | TX | The US District Court for the Western District of Texas | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 117. | Gray, David W | 9/21/1959 | OR | The US District Court for the District of Oregon | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 118. | Green, Timothy | 1/2/1979 | MI | The US District Court for the Eastern District of Michigan | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 119. | Grimm, Michalee Anna | 2/4/1965 | TN | The US District Court for the Eastern District of Tennessee | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 120. | Hall, Suzanne | 7/13/1974 | FL | The US District Court for the Middle District of Florida | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 121. | Hamlin, Herman, Jr. | 4/12/1954 | GA | The US District Court for the Middle District of Georgia | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 122. | Hamrick, Lisa | 7/27/1972 | GA | The US District Court for the Middle District of Georgia | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 123. | Hand, Thomas Keilty | 1/22/1985 | NC | The US District Court for the Eastern District of North Carolina | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 124. | Hanna, George | 8/19/1965 | NM | The US District Court for the District of New Mexico | Yes | Yes | Thyroid Disease; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 125. | Harkey, David | 12/23/1946 | WA | The US District Court for the Western District of Washington | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 126. | Harrell, Brian Daniel | 6/3/1978 | CA | The US District Court for the Central District of California | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 127. | Haynes, Thomas Preston | 1/30/1947 | MN | The US District Court for the District of Minnesota | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 128. | Hereford, William | 8/23/1950 | WI | The US District Court for the Eastern District of Wisconsin | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 129. | Hernandez, Edgar Antonio | 9/7/1982 | NC | The US District Court for the Eastern District of North Carolina | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| # | Name | DOB | State | Court | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 130. | Hertzog, Russell Henry | 5/23/1964 | VA | The US District Court for the Eastern District of Virginia | Yes | | Yes | Thyroid Disease; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 131. | Hester, Bruce | 6/10/1949 | NC | The US District Court for the Middle District of North Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 132. | Hicks, Trent | 9/9/1955 | OH | The US District Court for the Southern District of Ohio | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 133. | Higuet, Laurie Butler | 7/28/1960 | SC | The US District Court for the District of South Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 134. | Hill, Kevin | 6/17/1972 | WY | The US District Court for the District of Wyoming | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 135. | Hill, Robert Keith | 1/6/1955 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 136. | Hilton, Timothy Louis | 10/31/1948 | IN | The US District Court for the Northern District of Indiana | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 137. | Hogan, Kyerstie | 6/24/1992 | ID | The US District Court for the District of Idaho | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 138. | Hopkins, Frank Matthew | 11/15/1968 | WV | The US District Court for the Northern District of West Virginia | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 139. | Huefner, Kevin Jerome | 7/3/1963 | VA | The US District Court for the Eastern District of Virginia | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 140. | Hunter, Melricca | 10/24/1993 | VA | The US District Court for the Eastern District of Virginia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 141. | Hurst, Eugene, Jr. | 3/16/1959 | KY | The US District Court for the Eastern District of Kentucky | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 142. | Iannacone, Michael | 6/7/1988 | SC | The US District Court for the District of South Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 143. | Isaac, James | 7/4/1950 | NJ | The US District Court for the District of New Jersey | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 144. | Jago, Katharine | 2/4/1984 | CO | The US District Court for the District of Colorado | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 145. | James, Dannie, Sr. | 1/3/1960 | GA | The US District Court for the Northern District of Georgia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 146. | James, Joshua | 4/16/1973 | AZ | The US District Court for the District of Arizona | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 147. | Jeffay, Keith | 4/26/1966 | AZ | The US District Court for the District of Arizona | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 148. | Wiley, Gary | 8/3/1960 | FL | The US District Court for the Northern District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 149. | Willey, Malcolm Claude, Sr. | 8/9/1951 | ME | The US District Court for the District of Maine | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 150. | Williams, James Bryan | 6/19/1972 | CA | The US District Court for the Southern District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |